**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Tagir Shikhkerimov,

Petitioner,

v.

Eloy Detention Center,

Respondent.

No. CV-26-06609-PHX-JJT

**ORDER**

Self-represented Petitioner Tagir Shikhkerimov, who is confined in the Eloy Detention Center, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention.

This is not Petitioner's first § 2241 petition challenging his immigration detention. On January 29, 2026, Petitioner filed a § 2241 petition in *Shikhkerimov v. Warden*, CV-26-00578-PHX-JJT, raising the same issues. In that action, United States Magistrate Judge Fine issued a Report and Recommendation recommending the Court deny the Petition. Petitioner has filed Objections to the Report and Recommendation. The Court has not yet ruled on the Report and Recommendation and the case remains open.

Because Petitioner already has an active habeas case pending in this Court raising the same issues raised in this case, the Court will dismiss without prejudice this case.

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) The Petition (Doc 1) and this case are **dismissed without prejudice**.

(2) The Clerk of Court must close the case and enter judgment accordingly.

Dated this 17th day of September, 2026.

Honorable John J. Tuchi
United States District Judge